IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PETER HALLORAN, | ) CV. NO. 04-00577 DAE |
| Petitioner, | ) |
| vs. | ) |
| JAMES COOK, Warden, Tallahatchie County Correctional Facility, MARK J. BENNETT, Attorney General, State of Hawaii | ) |
| Respondents. | ) |

ORDER COMPELLING PRODUCTION OF EVIDENCE

On March 31, 1997, Petitioner, Peter Halloran, was convicted of attempted sexual assault in the first degree in violation of Hawaii Revised Statutes §§ 705-5000 and 707-730(1)(a) (1993 Replacement) in the Circuit Court of the First Circuit of Hawaii and subsequently sentenced to twenty years incarceration, with a mandatory minimum term of six years and eight months, to run concurrently with a five year term for an earlier conviction for terroristic threatening.  Pursuant to Rule 33 of the Hawaii Rules of Penal Procedure, Petitioner subsequently filed a

motion for a new trial on July 28, 1997, based in part on the alleged discovery of a new eye-witness, Domingo Ruiz.  Following the denial of this motion, Petitioner filed a state petition for post-conviction relief pursuant to Rule 40 of the Hawaii Rules of Penal Procedure, which the Hawaii Supreme Court determined to be procedurally barred.  Thereafter, Petitioner commenced federal review of his conviction, filing his Amended Petition for writ of habeas corpus under 28 U.S.C. § 2254 on February 2, 2005.  Petitioner has asserted that federal relief is warranted because: (1) he was unconstitutionally denied his right to a new trial based on the discovery of new evidence; and (2) he was unconstitutionally deprived of his right to effective counsel.

A significant issue throughout Petitioner's proceedings and relevant to the disposition of Petitioner's claim is the timing of Petitioner's discovery of the alleged "new" witness, Domingo Ruiz.  The record before the Court, however, is unclear as to this issue.  Accordingly, this Court hereby orders Petitioner and the Attorney General's Office of the State of Hawaii to produce evidence, in the form of official records, declarations, or other documentary evidence, identifying the

dates and locations of incarceration for both Petitioner and Domingo Ruiz.  This evidence shall be submitted to this Court no later than Friday, April 7, 2006.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 10, 2006.



_____
David Alan Ezra
United States District Judge

Peter Halloran vs. James Cook, et al., Civil No. 04-00577 DAE; ORDER COMPELLING PRODUCTION OF EVIDENCE