| CJIS-Hawaii CRIMINAL JUSTICE INQUIRY - CHARGE DETAILS - STANDARD FORMAT |
|---|
| HALLORAN, PETER DANIEL |
| SID: ▉▉▉    Soc Sec No: ▉▉▉    FBI No: ▉▉▉ |

**CONFIDENTIAL INFORMATION FOR CRIMINAL JUSTICE AGENCIES ONLY**

CHARGE 5 Of 24   TOTAL CHARGES   |   Previous   |   Next   |

| Tracking No | Arrest Date | Arrest Agency | Arrest District | Drug | Alcohol | Juvenile |
|---|---|---|---|---|---|---|
| 41117B0 | 07/05/1996 | HON SHERIFF | | | | |

CHARGE ALERTS:
** STR ARREST FOR THIS CHARGE ON: 07/01/1996 OTN: 28472B6 **
** CASE APPEALED - 05/31/2000 - APPEAL PENDING - CASE NO: 023478 **

Report No: 96-252869
Date of Offense:
Initial Court Date: 07/15/1996
Drug:

Place of Offense:
Initial Court Division: HONOLULU CCT
Warrant No:

|  | Charge | Description | MD | SV |
|---|---|---|---|---|
| Arrest: | 707-730-87 | SEX ASLT 1 | AT | FA |
| Filing: |  |  |  |  |
| Court: | 707-730-87 | SEX ASLT 1 | AT | FA |

Final/Last:
Agency: HONOLULU CCT
Case No: CR96-1310
Continuance Date:

Disposition Date: 10/01/1997
Disposition: GUILTY
DAG/DANC Return Date:

Attorney:
ID: A2945
Name: NELSON W. S. GOO
Type Counsel: COURT APPOINTED

Sentencing: On 10/01/1997, SUBJECT WAS SENTENCED TO 20 YEAR(S) CONFINEMENT, to run CONCURRENTLY and 50 MONTH(S) MANDATORY MINIMUM SENTENCE.

Pardon Date:
Comments:
Comment Date:

| Victim: | Race | Sex | Date of Birth | Resident/Visitor | U.S. Citizen |
|---|---|---|---|---|---|
| | | | | | |

Relationship to Offender:

# Exhibit A

**HOKU#233935 CR#C96-1310 STAT=AWAITING ENTRY OF JUDGMENT - [Bails]**

Case  People  Tools  Exit  Help

DEFENDANT: HALLORAN,PETER

| As of Date | Bail/Custody | B/C Descript | Amount | Rel St |
|---|---|---|---|---|
| 10/1/1997 | OCC | IN CUSTODY, OCCC | | |
| 10/1/1997 | Bail | BAIL STATUS - CURREN | 0 | |
| 7/5/1996 | OCC | IN CUSTODY, OCCC | | |
| 7/5/1996 | OCC | IN CUSTODY, OCCC | | |
| 7/3/1996 | Bail | BAIL STATUS - CURREN | 50000 | |

Add
Save Update
Delete
Tran/Event
Defendant

Date: 3/14/2006   Bail/Custody Status:
Amount: $0.00

Notes:

Bails

start   Inbox - Microsoft O...   TRIALS MISCELLAN...   CJIS-Hawaii Criminal...   HOKU#233935 CR#...   11:16 AM

Tuesday, Mar 14, 2006  11:16 AM

Page: 1 Document Name: untitled

```
                              BAIL-BOND INQUIRY                         1PC96-0-001310
PARTY: HALLORAN, PETER D
     REL           REL                                                  DET   PRT
     AS OF         STA    AS OF       BAIL/BOND      BONDSMAN ID        FAC   STA
 DEC
01.                 CS                0050000.00                        OCC   N
    CMT: BAIL SET $50,000.00 PER PARTIAL REPORT

02.                 CS 07-05-1996      50,000.00                        OCC   N
    CMT: TELE CALL RECD FROM SHERIFF'S ON 07/05/96; DEFT.
         BOOKED; BL SET PER OPB FILED. A&P 07/15/96.
03.                 CS 07-09-1996      50,000.00                        OCC   Y
    CMT: EXEC BW RECD.  BAIL SET PER ORDER PERTAINING
         TO BAIL FILED ON 07/05/96.  A&P 07/15/96.

04.
    CMT:

05.
    CMT:


JSAIM60              PG FWD: PA1     PG BWD:PA2          PAGE 00001 OF 00001
BASIC:F1 PARTY:F2 COUNT:F3 DCMT:F5 BAIL-BOND:F8
```

Date: 3/14/2006 Time: 11:17:19 AM