| CJIS-Hawaii CRIMINAL JUSTICE INQUIRY - CHARGE DETAILS - STANDARD FORMAT |
|---|
| RUIZ, DOMINGO |
| SID: ■■■    Soc Sec No: ■■■    FBI No: ■■■ |

**\*\*CONFIDENTIAL INFORMATION FOR CRIMINAL JUSTICE AGENCIES ONLY\*\***

CHARGE 17 Of 20  TOTAL CHARGES    |  Previous  |  Next  |

| Tracking No | Arrest Date | Arrest Agency | Arrest District | Drug | Alcohol | Juvenile |
|---|---|---|---|---|---|---|
| 31370G2 | 01/28/1997 | HONOLULU PD | | | | |

Report No: 97-037385
Date of Offense:                                    Place of Offense:
Initial Court Date: 01/29/1997                      Initial Court Division: HONOLULU DCT
Drug:                                               Warrant No:

| | Charge | Description | MD | SV |
|---|---|---|---|---|
| Arrest: | 709-906-85 | ABUSE FAMILY | | MD |
| Filing: | | | | |
| Court: | | | | |

| Final/Last: | Agency | Case No | Continuance Date |
|---|---|---|---|
| | HONOLULU FAM CT | FC97-1244 | |
| | Disposition Date | Disposition | DAG/DANC Return Date |
| | 04/28/1997 | GUILTY | |

| Attorney: ID | Name | Type Counsel |
|---|---|---|
| | | PUBLIC DEFENDER |

Sentencing: On 04/28/1997, SUBJECT WAS SENTENCED TO 2 DAY(S) CONFINEMENT, $150 FINE, and 1 YEAR(S) PROBATION.
Re-sentencing: On 11/03/1997, SUBJECT WAS RE-SENTENCED TO 30 DAY(S) CONFINEMENT.
Pardon Date:

Comments:
Comment Date:

| Victim: Race | Sex | Date of Birth | Resident/Visitor | U.S. Citizen |
|---|---|---|---|---|
| Relationship to Offender: | | | | |

Exhibit B

HOKU#248751  FCR#F97-1244 STAT=SERVING SENTENCE - [Bails]
Case  People  Tools  Exit  Help

DEFENDANT: RUIZ, DOMINGO

| As of Date | Bail/Custody | B/C Descript | Amount | Rel St |
|---|---|---|---|---|
| 9/15/1997 | Bail | BAIL STATUS - CURREN | 1000 | |
| 4/28/1997 | OCC | IN CUSTODY, OCCC | | |
| 1/29/1997 | RTA | RELEASED TO APPEAR | | |

Add
Save Update
Delete
Tran/Event
Defendant

Date: 3/13/2006   Bail/Custody Status:
Amount: $0.00

Notes:

Bails

start   Inbox - Microsoft Out...   CJIS-Hawaii Criminal ...   HOKU#248751 FCR...   12:21 PM

```
                              BAIL-BOND INQUIRY                      1FC97-0-00124
 PARTY: RUIZ, DOMINGO
       REL           REL                                              DET   PRT
       DEC   AS OF   STA   AS OF    BAIL/BOND      BONDSMAN ID        FAC   STA
 01.                 CS               350.00                          OCC    N
       CMT: BAIL SET $350.00 PER ARRESTING REPORT

 02.   OT 01-29-1997 OR 01-29-1997    350.00                                 N
       CMT: BAIL OF $350.00 SET ASIDE.  DEFT ROR.
            JT 3/3/97 IN CTRM 8C.
 03.   BW 03-03-1997              $300.00                                    N
       CMT: C.W. NO SHOW 3/3/97; BW TO ISSUE FOR C.W. YUKO
            RUIZ; BAIL $300
 04.   OT 10-29-1997 CS 10-29-1997  1,000.00                          OCC    N
       CMT: BAIL OF $1,000 ON THE BW IS CONFIRMED. DEFT TAKEN
            INTO CUSTODY TIL HRG/POSTING. MRP HRG: 11/3/97 8C.
 05.   OT 11-03-1997 CS 11-03-1997  1,000.00                          OCC    Y
       CMT: MRP GRTD. CASE DISPOSED & BAIL OF $1,000 SET ASIDE
            ON BW. DEFT TAKEN INTO CUSTODY.


 JSAIM60         PG FWD: PA1    PG BWD:PA2          PAGE 00001 OF 00001
 BASIC:F1 PARTY:F2 COUNT:F3 DCMT:F5 BAIL-BOND:F8
```

Date: 3/14/2006 Time: 9:59:40 AM