CJIS-Hawaii CRIMINAL JUSTICE INQUIRY - CHARGE DETAILS - STANDARD FORMAT

RUIZ,DOMINGO

SID: [redacted] Soc Sec No: [redacted] FBI No: [redacted]

**CONFIDENTIAL INFORMATION FOR CRIMINAL JUSTICE AGENCIES ONLY**

CHARGE 17 Of 20 TOTAL CHARGES | Previous | Next |

| Tracking No | Arrest Date | Arrest Agency | Arrest District | Drug | Alcohol | Juvenile |
|---|---|---|---|---|---|---|
| 31370G2 | 01/28/1997 | HONOLULU PD | | | | |

Report No: 97-037385

Date of Offense:

Place of Offense:

Initial Court Date: 01/29/1997

Initial Court Division: HONOLULU DCT

Drug:

Warrant No:

| | Charge | Description | MD | SV |
|---|---|---|---|---|
| Arrest: | 709-906-85 | ABUSE FAMILY | | MD |
| Filing: | | | | |
| Court: | | | | |

Final/Last:

| Agency | Case No | Continuance Date |
|---|---|---|
| HONOLULU FAM CT | FC97-1244 | |
| **Disposition Date** | **Disposition** | **DAG/DANC Return Date** |
| 04/28/1997 | GUILTY | |

| Attorney: ID | Name | Type Counsel |
|---|---|---|
| | | PUBLIC DEFENDER |

Sentencing: On 04/28/1997, SUBJECT WAS SENTENCED TO 2 DAY(S) CONFINEMENT, $150 FINE, and 1 YEAR(S) PROBATION.

Re-sentencing: On 11/03/1997, SUBJECT WAS RE-SENTENCED TO 30 DAY(S) CONFINEMENT.

Pardon Date:

Comments:

Comment Date:

| Victim: Race | Sex | Date of Birth | Resident/Visitor | U.S. Citizen |
|---|---|---|---|---|
| | | | | |

Relationship to Offender:

Exhibit B

HOKU#248751 FCR#F97-1244 STAT=SERVING SENTENCE - [Bails]

Case People Tools Exit Help

DEFENDANT: RUIZ,DOMINGO

| As of Date | Bail/Custody | B/C Descript | Amount | Rel St |
|---|---|---|---|---|
| 9/15/1997 | Bail | BAIL STATUS - CURREN | 1000 | |
| 4/28/1997 | OCC | IN CUSTODY, OCCC | | |
| 1/29/1997 | RTA | RELEASED TO APPEAR | | |

Add

Save Update

Delete

Tran/Event

Defendant

Date: 3/13/2006 Bail/Custody Status:

Amount: $0.00

Notes:

Bails

start Inbox - Microsoft Out... CJIS-Hawaii Criminal ... HOKU#248751 FCR... 12:21 PM

Mar 13, 2006 12:21 PM

BAIL-BOND INQUIRY 1FC97-0-00124

PARTY: RUIZ, DOMINGO

| | REL DEC | AS OF | REL STA | AS OF | BAIL/BOND | BONDSMAN ID | DET FAC | PRT STA |
|---|---|---|---|---|---|---|---|---|
| 01. | | | CS | | 350.00 | | OCC | N |

CMT: BAIL SET $350.00 PER ARRESTING REPORT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02. | OT | 01-29-1997 | OR | 01-29-1997 | 350.00 | | | N |

CMT: BAIL OF $350.00 SET ASIDE. DEFT ROR.
JT 3/3/97 IN CTRM 8C.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03. | BW | 03-03-1997 | | | $300.00 | | | N |

CMT: C.W. NO SHOW 3/3/97; BW TO ISSUE FOR C.W. YUKO
RUIZ; BAIL $300

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04. | OT | 10-29-1997 | CS | 10-29-1997 | 1,000.00 | | OCC | N |

CMT: BAIL OF $1,000 ON THE BW IS CONFIRMED. DEFT TAKEN
INTO CUSTODY TIL HRG/POSTING. MRP HRG: 11/3/97 8C.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05. | OT | 11-03-1997 | CS | 11-03-1997 | 1,000.00 | | OCC | Y |

CMT: MRP GRTD. CASE DISPOSED & BAIL OF $1,000 SET ASIDE
ON BW. DEFT TAKEN INTO CUSTODY.

JSAIM60 PG FWD: PA1 PG BWD:PA2 PAGE 00001 OF 00001

BASIC:F1 PARTY:F2 COUNT:F3 DCMT:F5 BAIL-BOND:F8