ORIGINAL

Peter Halloran
Tallahatchie Co. Corr. Facility
A0259579
295 U.S. Highway 49 South
Tutwiler, Mississippi 38963-5072

PETITIONER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 3 2006

at 12 o'clock and 00 min P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF HAWAII

| | |
|---|---|
| PETER HALLORAN, <br><br> Petitioner, <br><br> vs. <br><br> JAMES COOK, Warden; <br> MARK J. BENNETT, Attorney <br> General, State of Hawaii, <br><br> Respondents. | Civil No. 1:04cv577 DAE <br><br> PETITIONER'S ACKNOWLEDGEMENT OF <br> RECEIPT OF ORDER COMPELLING <br> PRODUCTION OF EVIDENCE; <br> AFFIDAVIT OF PETER HALLORAN; <br> CERTIFICATE OF SERVICE |

PETITIONER'S ACKNOWLEDGMENT OF RECEIPT
OF ORDER COMPELLING PRODUCTION OF EVIDENCE

Comes forth Petitioner, pursuant to the ORDER COMPELLING PRODUCTION OF EVIDENCE, and directing both (1) Petitioner, and (2) the Attorney General's Office of the State of Hawaii to: produce evidence in the form of official records, declarations, or other documentary evidence, identifying the dates of incarceration for both Petitioner and Domingo Ruiz.

Attached hereto is Petitioner's AFFIDAVIT OF PETER HALLORAN submitted in response to the order.

Petitioner further requests to be served with one copy of all documentary records produced by the Hawaii Attorney General, as

1

well as the opportunity to respond to the completeness and accuracy of the records, if necessary.

Respectfully submitted:

DATED: Tutwiler, Mississippi, this 27 day of March, 2006.

_____
Peter Halloran
PETITIONER

_____

CERTIFICATE OF SERVICE

Petitioner herein certifies that on this date, he caused one copy of the attached response to be delivered to staff of the Tallahatchie Co. Corr. Facility for delivery to the U.S. Post Office in Tutwiler, Mississippi, in a postage-paid envelope addressed:

Mark Bennett
Hawaii Attorney General
Office of the Attorney General
Hale Auhau
425 Queen Street
Honolulu, Hawaii 96813

DATED: This 27 day of March, 2006.

_____
Peter Halloran
PETITIONER

## AFFIDAVIT OF PETER HALLORAN

STATE OF MISSISSIPPI        )
                            ( ss: Peter Halloran
COUNTY OF TALLAHATCHIE      )

Comes forth Petitioner, first duly sworn, who says and deposes as follows:

1. This affidavit is made pursuant to the ORDER COMPELLING PRODUCTION OF EVIDENCE filed on March 10, 2006, and directing both Petitioner and the Hawaii Attorney General to produce evidence, in the form of official records, declarations, or other documentary evidence, identifying the dates and locations of incarceration for both Petitioner and Domingo Ruiz.

2. That your Affiant's documentation submitted within, attached to, and filed subsequent to the petition contains those facts, records, and exhibits available to Petitioner.

3. That your Affiant attests that all facts, records, and documentation submitted in his behalf in support of his petition are true and correct to the best of his knowledge and information.

4. Petitioner verifies that all exhibits attached to his petition, or submitted subsequent to its filing are true and correct copies of the original records in his possession.

5. That the Office of Hawaii Attorney General has, or has access to those records pertaining to the precise dates of incarceration of both Petitioner and eye-witness Domingo Ruiz.

3

6. That your Affiant does not have access to those precise records of incarceration dates, and your Affiant relies upon the Office of the Hawaii Attorney General to produce the records.

7. That your Affiant requests to be served with copies of the documentary records produced by the Hawaii Attorney General, as well as the opportunity to respond to the completeness and accuracy of the records, if necessary.

8. That Petitioner is presently unaware of any additional evidentiary records within his possession pertaining to the precise dates of incarceration of himself or Domingo Ruiz.

_____
Peter Halloran

Subscribed and sworn to before me this 38 day of March, 2006.

_____
Notary Public
STATE OF MISSISSIPPI

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES APRIL 26, 2009
BONDED THRU STEGALL NOTARY SERVICE

4




MAR 29 20

Peter Halloran #0269679
Tallahatchie Co. Corr. Fac.
415 U.S. Hwy 49 South
Tutwiler, Miss. 38963-5072

United States District Court
District of Hawaii
300 Ala Moana Blvd, C338
Honolulu, Hawaii 96850-0338
Clerk