R&D APR 15 1997 13th DIVISION

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
11:50 o'clock A.M.
April 16, 1997
_____
Clerk, 13th Division

Dear Judge DelRosario,

I would like to set up some form of meeting between us concerning a mistrial as well as the appointment of an atorney who will at least be willing to introduce <u>all</u> the evidence and witnesses I informed him of when he first began working on my case. I can not believe I am being sent to prison for a crime I could not mentaly, moraly or physicaly commit. Let alone would ever be stupid enough to do in full public veiw. Here is a list of things which I believe should have been brought up in court and were not due to either sides failure to ask the right questions, or by my atorney's failure to, for whatever reason, introduce the proper witnesses and evidence to allow the truth to come out in my trial.

① Right around April of 1995 I began having a seisure dissorder as the result of a serious head injury about six months earlier. For about the first 2 months, on the average of 2 or 3 times a week my entire body would go crashing into the ground while doctors tried to figure out how to stop it. The end result of their effort was to put me on a drug called Tegretol, a drug which I am still taking to this day. Where as Tegretol does work in controling my seisure's it also has many nasty short and long term side effects like dizzyness, mout and gum disease, and a wide range of

others not the least of which is impotence. This is something my atorney knew about from the begin yet was never introduced in court.

② On Dec. 31st 1979 my left wrist and the top of my hand and thumb were seriously left handycaped by a wound in my left arm. There is no way it would be physicaly posible for me to grab someone by the head and hold it in one place, let alone lift it off the ground several times in order to to smack her head several times with just my left hand as she stated in testimony. Not to mention that it is imposible for me to punch anything with that hand without breaking my wrist. My atorney knew about this and made no attemt to varify it or bring it up in court.

③ Witnesses. Jeff Adomi was the bartender working at the pub that night. He was also the man I was counti on as my main witness from the bar considering he was standing right in front of me all night and heard and saw everything that went on including the fact that I was turning Miss Loyde down all night in her requests for me to come to her place and that she wrote that fake address down only after telling her what I was not willing to do when I got there, as well as a wide variety of other things she lied about. My atorney informed me in mid trial

just before he was to be called to the stand thu he had not even been supenoed or told to show up.

Steve Fritch. He was the one who introduced Miss Loyde to me about a month beforehand which she denies even happened. After telling my atorney twice and drawing him a map both times to where he lived and worked, he was never even contacted.

Roxanne. She is a friend of mine who was involve in a fight with a guy who beat her up a few nights earlier and neded photo's of her injuries which I volunteered to take for her. (mainly because I don't like to see people get beat up.) I also asked her to come with me that night because I didn't feel comfortable doing a private photo shoot with Miss Loyde that evening. Unfortunately wasn't feeling very well and wasn't very comfortable around Miss Loyde either. At the time she lived upstairs from the pub in the same building and everyone knew her but to my knowledge no attempt was made for even an interview and her photos were never introduc.

Jack Hoyle - Part Owner at the Harbor Pub
Greg - Daytime Bartender - there all night
Ernie - Customer seated right behind us
Carlin Peterson - Seated right next to me

All these people were right there with us that night and would have testified what happened that night and who was lying about it in court. None

4

of them were sopenoed, and most were never eve
interveiwed. At least two of them complained
my atorney never returned their calls.
  The Cab Driver. To the best of my knowledge there
was absolutely no attempt by the police, the prosecu
or my atorney to find this person. It should not hav
been to difficult. Company Dispatchers keep logs o
all calls, where they pick up, where they deliver. Even
though it would be redicalous to think he would rememb
me now, had he been found when I asked, he could hav
testified what time he picked me up, where he took
and who was waiting for me when we got there.
  Mr Wilson. Until he came on the stand I had
never seen him before in my life and it was a pret
lame effort on my atorney's part to discredit him.
First there was no mention of my camera case
Where was it during all of this? How did both o
them manage to miss the time of the event by 2 hou
Both of them testified I had her by the thro
and she was screaming the whole time. How do y
do that? Why did he tell the detective one story
and another in court..? If I was to have had this
erection,........ when I suposedley turned to
walk;. exactly how big was it and precisley
what position was it in? Why was the detectiv
not called to varify or discredit his story? Why
was the first officer to arive not called to testify
whether I was still at the top of the stairs with

her still attached to my leg or down on the sidewalk walking away from the building when he arived as Mr. Wilson said? Why is it she said her privates wer exposed and mine were not and he said mine were and hers weren't? And isn't it posible one of them got his or her wires crossed when they made this story up to begin with? Not to mention it would be more than interesting to see a man in his condition do a replay of that running flying leap over a second floor balcony and down to the concrete without breaking at least a leg if not his neck.

   Miss Loyde. There is no testimony to back up anything she said. No police were called to verify ~~anything she said~~ or deny any of her story by either side. Her own mother was suposed to have seen the whole thing from her balcony acording to police reports, yet acording to Miss Loyde she was already on her way down to open the door. A door which never did get opened by "The Landlld" Why was she not in court? Miss Loyde's testimony was not only different from the detectives but it was completely different from the original story given to the first officer on the scene. No medical evidence was ever given to back up these so called injuries to her neck or throat or to bruises (broken nose, black eye, busted lip) or injuries from me suposedly punching her. Nor have

I seen any photos of any bruising of her neck, throat or face. I can think of dozens of other questions which should have been asked about the discrepencies between her testimony and every one else involved in this case, even if she had to be brought back to do so, but most were never asked and things were left to just stand the way they were.

Me. I can only recal 4, mabe 5 times in the entire 9 months that Mr Lee ~~has~~ that he has spent more than 5 or 10 minutes talking about my case. Those times usualy not lasting even 1 hour. I can't remember any conversation with him that didn't start with "We have to hurry this up because I gotta go." There were other people in that complex who saw what happened. I can garantee that any of them would have had a whole different story than the duo of Loyde and Wilson, and had they been honest people, no different than mine. That is a big place. How much effort was realy put into finding them. If it was the same amount that was put into finding the ones at the pub or the cab driver - not much. Why was my statement to the detective overlooked once we discovered it probably helped my case more than hurt it? Why did my atorney tell me from the begining that the state would not allow a privat physician to check me out so he could testify about my medical condition unless I was planning an

insanity plea? Why did he tell me I couldn't tell t jury about her drug use that night? Why did th police never really investigate my side of thes Why did Mr Lee's superior tell me months ago if I fired my atorney I had to fight my case without a lawyer?

Honey Leyde is a known crack cocain adict, a known patholigical liar and a known psycopath. The only thing she didn't lie about was that I trie to treat her as I would anyone else, with respec I try to be as nice to people as I can at all time. I did not create this nightmare, she did. This wom is playing a very dangerous game and as long as she is allowed to continue playing it, a lot more people are going to get hurt. You have the powe to try and put a stop to it. Please!!!

Peter Halloran