CERTIFICATE OF SERVICE

Petitioner herein certifies that on this date, he caused one copy of the attached Reply Brief and rebuttal to be delivered to staff of the Tallahatchie Co. Corr. Facility for delivery to the U.S. Post Office in Tutwiler, Mississippi, in a postage-paid envelope addressed:

    Peter B. Carlisle, Esq.
    James M Anderson, Esq.
    Deputy Prosecuting Attorney
    City and County of Honolulu
    1060 Richards Street
    Honolulu, Hawaii  96813

DATED: This 13th day of April, 2006.

                             _____
                             Peter Halloran
                             PETITIONER