ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 18 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Peter Halloran
Tallahatchie Co. Corr. Facility
A0259579 / Unit E
295 U.S. Highway 49 South
Tutwiler, Mississippi 38963-5072

PETITIONER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER HALLORAN, ) | Civil No. 04-00577 DAE-BMK |
| ) | |
| Petitioner, ) | PETITIONER'S MOTION FOR |
| ) | EXTENSION OF TIME TO FILE |
| vs. ) | REPLY BRIEF; |
| ) | CERTIFICATE OF SERVICE |
| JAMES COOK, Warden; ) | |
| MARK J. BENNETT, Hawaii ) | |
| Attorney General, ) | |
| ) | |
| Respondents. ) | |
| ) | |

PETITIONER'S MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF

I.  INTRODUCTION

Comes forth Petitioner, pursuant to the records and files of this case, and Rule 6(b) of the Federal Rules of Civil Procedure, who herein moves for an extension of time to file his Reply Brief to the Respondent's Response to Order Compelling Production of Evidence filed March 22, 2006.

II.  DISCUSSION

Petitioner is proceeding pro se in this action without assistance of counsel.

1

Petitioner was not actually served with the Respondents' Response until March 30th, 2006. Petitioner was subsequently unable to access the facility's law library until Tuesday, April 4th to commence research on the law presented within the Response.

Petitioner's reply is important as the Respondents have verified Petitioner's assertion of receiving Domingo Ruiz's crucial eye-witness evidence of lack of Petitioner's alleged criminal acts while the two were concurrently incarcerated at the Oahu Community Correctional Center in Hawaii during April, 1997. The Respondents also attempt to prematurely argue their positions with regards relevance of newly discovered Domingo Ruiz's eye-witness testimony.

Further, contained within the Tallahatchie County Correctional Facility's ("TCCF") law library are only two typewriters for approximately 1,600 inmate, precluding Petitioner from accessing the typewriter on a regular basis to prepare his Reply. By the time the Reply was completed, it took several more days to reproduce it as the law librarian only make photocopies on Tuesdays and Thursday, often not delivering the copies for a day of two.

Therefore, Petitioner's motion for extension of time is made out of actual need.

III. CONCLUSION

For the reasons stated above, and in the interests of justice, Petitioner diligently pursued drafting, completion, and reproduction of his Reply Brief in the shortest amount of time

2

feasible under his TCCF circumstances. As Petitioner's motion is made out of actual need, and not for purposes of delay, Petitioner prays for orders granting the motion.

Respectfully submitted:

DATED: This 15th day of April, 2006.

_____
Peter Halloran
PETITIONER

CERTIFICATE OF SERVICE

Petitioner herein certifies that on this date, he caused one copy of the attached Motion to be delivered to staff of the Tallahatchie Co. Corr. Facility for delivery to the U.S. Post Office in Tutwiler, Mississippi, in a postage-paid envelope addressed:

Peter B. Carlisle, Esq.
James M Anderson, Esq.
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawaii  96813

DATED: This 15th day of April, 2006.

_____
Peter Halloran
PETITIONER