

Peter Halloran A0759579
Tallahatchie Co. Corr. Facility
295 U.S. Hwy 49 S.
Tutwiler, Mississippi 58965-9072

United States District Court
District of Hawaii
300 Ala Moana Blvd, c-338
Honolulu, Hawaii 96850-0338
Clerk