IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PETER HALLORAN, ) | CV. NO. 04-00577 DAE |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES COOK, Warden, ) | |
| Tallahatchie County Correctional ) | |
| Facility, MARK J. BENNETT, ) | |
| Attorney General, State of Hawaii ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

ORDER GRANTING PETITIONER'S MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF

Upon consideration of Petitioner's Motion for Extension of Time to File Reply Brief filed on April 18, 2006, the Motion is hereby GRANTED.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 19, 2006.

_____
David Alan Ezra
United States District Judge