AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| PETER HALLORAN | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00577DAE-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| JAMES COOK, Warden Tallahatchi County Correctional Facility, MARK J. BENNETT, Attorney General State of Hawaii | June 30, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED in its entirety pursuant to the "Findings and Recommendation to Deny Petition for Writ of Habeas Corpus" signed and issued by Magistrate Judge Barry M. Kurren on June 15, 2005 and the "Order Denying Appeal from Magistrate's Findings and Recommendation" signed and issued by District Judge David A. Ezra filed on June 30, 2006.

| | |
|---|---|
| _____June 30, 2006_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | _____*/s/ Bernadette Aurio*_____ |
| | (By) Deputy Clerk |