# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 30, 2006

TO ALL COUNSEL

Re:   CV 04-00577DAE-BMK
PETER HALLORAN vs. JAMES COOK, Warden Tallahatchi County
Correctional Facility, MARK J. BENNETT, Attorney General State of Hawaii

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was
entered on June 30, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: */s/ Bernadette Aurio*
Deputy Clerk

cc: all counsel