73

```
 1                    ORLANDO WILSON
 2   the witness, called in behalf of the plaintiff, duly having
 3   been sworn to tell the truth, the whole truth, and nothing
 4   but the truth, assumed the witness stand and testified as
 5   follows:
 6                    DIRECT EXAMINATION
 7   BY MR. BAKKE:
 8        Q    Good morning, sir.  Could you please speak into
 9   the microphone and tell us your name.
10        A    Orlando Wilson.
11        Q    How old are you, sir?
12        A    39.
13        Q    Are you married?
14        A    No.
15        Q    Are you engaged?
16        A    Yes.
17        Q    Do you live with your fiancee?
18        A    Yes.
19        Q    Where do you live?
20        A    2503 Ala Wai Bridge, apartment H.
21        Q    Is that building located near the Pacific
22   International apartments?
23        A    Right next door.
24        Q    In the early morning of July 1, 1996,
25   approximately 2:20 in the morning, did you hear a woman
```

EXHIBIT 1

1    screaming outside of your apartment?

2        A    Yes, I did.

3        Q    What did you do when you heard that?

4        A    I went outside, took a look, then ran back in.

5        Q    Could you describe the screaming for us?  Was it

6    soft or loud?

7        A    It was very loud.

8        Q    Could you tell whether it was a male or a female?

9        A    It was female.

10        Q    Did you hear any males screaming?

11        A    No.

12        Q    What did you do next?

13        A    I ran back into my apartment?  Throwed on my pants

14    and shoes.  Ran back out.  Jumped over the railing, and went

15    to the building.

16        Q    When you say building, which building are you

17    talking about?

18        A    Next to mine.

19        Q    What did you see when you got there?

20        A    I seen a male on top of a female just getting up

21    off her.

22        Q    And was the female still screaming at that point?

23        A    Yes.

24        Q    At any time during this incident did you see the

25    male physically attacking the female?

1       A       Yes.

2       Q       What was he doing to her?

3       A       He was punching her in the face, grabbing her

4       neck, and pounding her head against the pavement.

5       Q       How were they positioned at that time?

6       A       The female was on her back.  Excuse me.  (putting

7       on jacket)  And the male was on top of her.

8       Q       When you say the female was on her back and the

9       male was on top of her --

10      A       Yes.

11      Q       -- was he saying anything to her at that point?

12      A       Yes, he yelled at her, told her to shut the fuck

13      up, bitch, loud.

14      Q       Those were his words?

15      A       Yes.

16      Q       Do you recall what he was wearing?

17      A       He had on dark colored shorts.  He did not have a

18      shirt on.

19      Q       At any time were you able to see his penis?

20      A       Yes, I did.

21      Q       How did you see his penis?

22      A       Sticking out the right-hand side of his shorts.

23      Q       And was this when he was standing or when he was

24      lying on top of the female?

25      A       When he was getting off of her.

1     Q    Prior to this incident did you know the female?

2     A    No.  We just bump into each other now and then

3  when she is either on her way to work or going to the store,

4  to the beach or coming home.  We would say hello to each

5  other.

6     Q    But you were not friends with her?

7     A    No.

8     Q    In the normal sense?

9     A    Just as neighbors.

10    Q    If you were to see the male again do you think you

11  would be able to recognize him?

12    A    Oh, but of course.

13    Q    If he is present in the courtroom today would you

14  point him out and describe what he is wearing?

15    A    He's wearing a sweater.  Green, beige, kind of

16  blue.

17    MR. BAKKE:  Your Honor, may the record reflect the

18  witness has identified the defendant, Mr. Halloran?

19    THE COURT:  The record will so reflect.

20    Q    (By Mr. Bakke)  What happened after the male got

21  up off the female?  Where did he go?

22    A    He walked toward the stairs to go down.  That's

23  when the officers came.  And I pointed out to the officers

24  that he was the one that was attacking the lady.

25    Q    Did all of this happen on the Island of Oahu,

1    State of Hawaii?

2        A    Yes.

3        MR. BAKKE:  Thank you.

4        No further questions, Your Honor.

5        THE COURT:  Mr. Yee.

6                        CROSS EXAMINATION

7    BY MR. YEE:

8        Q    Good morning, Mr. Wilson.

9        A    Good morning.

10       Q    You live in 2503 Ala Wai?

11       A    Yes.

12       Q    Apartment H?

13       A    Yes.

14       Q    And the entranceway for 2509 Ala Wai, you can see

15   it from your apartment?

16       A    Yes.

17       Q    From the lanai from your apartment?

18       A    Yes, I can.

19       Q    From right outside your front door?

20       A    Of course.

21       Q    You can just see right across the Ala Wai, or

22   there is a little parking lot in front of your building;

23   right?

24       A    Uh-huh.

25       Q    So if you stand outside your apartment you can see

1    the front entrance door and you can see the intercom?

2         A    Yes.

3         Q    Right?

4         A    (Nods)

5         Q    Okay.  So you live on what floor?

6         A    Second floor.

7         Q    Second floor.  Would you say that it would be fair

8    to say you have a bird's eye view of the entranceway walkway

9    leading up to the front gate into 2509?

10        A    What do you mean?

11        Q    A bird's eye view?

12        A    Yes.

13        Q    If you were a bird perched up right next to your

14   lanai, you could see what is going on below?  You can see

15   people going in and out of the building?

16        A    Of course.  I can see the walkway, too.

17        Q    That's the walkway just leading right up to that

18   door?

19        A    Up to the gate.

20        Q    Up to the gate?

21        A    It's a security building.

22        Q    And there is a little glass door that you kind of

23   use a key and you can walk in; right?

24        A    You don't use a key.

25        Q    What do you use?

79

1    A    You use like a dog tag.  But it's kind of big.

2    Q    You slip a little pass card in?

3    A    Yes.

4    Q    That's the key.  You call it a key, too; right?

5    A    I guess, if that's what you want to call it.

6    Q    The lock opens up a glass door and you go right

7    in?

8    A    Not a glass door, a cage.

9    Q    There is a cage there, too?

10    A    A gate.

11    Q    Wrought iron gate?

12    A    Yes.

13    Q    Right on the left side of the wrought iron gate is

14    a glass door?

15    A    No.

16    Q    Have you ever walked up to that area?  Have you

17    been in that building before?

18    A    Yes, I have, a few times.  I have a friend living

19    in there.

20    MR. YEE:  May I approach?

21    THE COURT:  You may.

22    Q    (By Mr. Yee)  Let me show you Defendant's

23    Exhibit Q.  I will show you the photograph.  This one.  This

24    is the wrought iron gate you are talking about; right?

25    A    Right here is the door.

```
1        Q     That's the door; right?

2        A     The front entrance.

3        Q     That's on Defendant's Exhibit Q-1; right?

4        A     Yes.

5        Q     And this is the same door, but --

6        A        -- there is no glass door.

7        Q     Is this a gate, wrought iron gate?

8        A     This is a gate.

9        Q     That's the wrought iron gate; right?

10       A     That leads to the stairway on the side, the exit.

11   This is the front door.  This is the intercom.  This is the

12   laundromat.  There is no glass door.

13       Q     But this is the walkway from the steps from the

14   Ala Wai up until the front entrance?

15       A     Yes, it is.

16       Q     And this is the view you would have from your

17   apartment?

18       A     Uh-huh.

19       Q     Outside your apartment?

20       A     Yes.

21       Q     And that was Q-2.  This is Q-3.  And this is where

22   your apartment is located; right?

23       A     Yes.

24       Q     Do you recognize the rest of these

25   photos?
```

```
 1      A    Of course.  That's my building.

 2      Q    Is this your building?  That's Q-4.  Q-5; right?

 3      A    Yes.

 4      Q    And do you recognize Q-6, the stairway?

 5      A    Yes.

 6      Q    That's for the other building that you can see,

 7    2509?

 8      A    Next to mine.

 9      Q    And this is looking up?

10      A    Yes, that's the building next to mine, same

11    building.

12      Q    Okay.  And this is standing by where the walkway

13    is, looking at the steps?

14      A    Yep.

15      Q    And that's Q-7; right?

16      A    (No response)

17      MR. YEE:  Your Honor, may we have these entered into

18    evidence?

19      THE COURT:  Any objection?

20      MR. BAKKE:  No objection, Your Honor.

21      MR. YEE:  Your Honor, may I walk with the witness in

22    front of the jury?

23      THE COURT:  That's fine.  All of those items shall be

24    received into evidence.

25      MR. YEE:  Could you step up in front of the jury, sir?
```

1          THE WITNESS:  (Approaches the jury)

2          Q     (By Mr. Yee)  This is Defendant's Exhibit Q-1 and

3     this is the wrought iron gate that you pointed out; right?

4          A     I'm not blind, you know.  This is the gate.  Over

5     here is a steel door.  It's the same like the gate.

6          Q     But this is the entranceway into the building?

7          A     Yes.

8          Q     And this is the intercom right here?

9          A     Yes.

10         Q     I now show you Q-2, Defendant's Exhibit Q-2.  This

11    one is the same wrought iron gate with the same wrought iron

12    entrance door; right?

13         A     Yes.

14         Q     With the intercom on the side as in Q-1.  But this

15    is further, showing the entire walkway.  This is the view

16    that you would have from across the way from your building;

17    right?  And below this is the parking lot?

18         A     Yes.   My parking lot.

19         Q     Your parking lot?

20         A     From my building.

21    THE COURT:  Excuse me.  Both of you are speaking at the

22    same time.  It's very difficult for the court reporter.

23    MR. YEE:  Thank you, Your Honor.

24         Q     (By Mr. Yee)  So this is the parking lot that is

25    between your building and 2509.  And are you in 2503?

1      A      Uh-huh.

2      Q      That's yes?

3      A      Yes.

4      Q      And looking, if you are standing where the walkway

5      was on Q-2, looking across at your building, this would be

6      where your building is; right?

7      A      Yes.

8      Q      And your apartment is on the second floor,

9      apartment H is where in this picture?

10     A      Over here.

11     Q      Okay.

12     A      Behind this walk.

13     Q      That's the window for your apartment then?

14     A      Yes, that's the kitchen window.

15     Q      And the stair is behind this wall?

16     A      Yes.

17     Q      Further back on Q-4, Defendant's Exhibit Q-4, is

18     another picture of your building; right?

19     A      Yes.

20     Q      You're on the second floor?

21     A      Yes.

22     Q      Can you point out the second floor?

23     A      Second floor here.

24     Q      And your building, your apartment H, is where?

25     A      Right here.

1          Q    So it's right here at the end.  As shown on Q-3;

2     right?

3          A    Yes.

4          Q    This is Q-5.  And your apartment is also shown in

5     this picture; is that correct?

6          A    Yes, it is.  This time you're showing my door.

7          Q    Would you point your door out.

8          A    (The witness complies)

9          Q    Right next to the kitchen window.  Thank you.

10    This is now Q-6.  And what does this purport to show?

11         A    The stairs to the building next door to mine.

12         Q    Okay.  This is from the stairway or the sidewalk

13    from the Ala Wai?

14         A    Yes.

15         Q    Leading up to the stairway for 2509; is that

16    correct?

17         A    Yes.

18         Q    And Q-7 is the walkway that if you are standing on

19    the walkway looking back toward the Ala Wai, looking at the

20    steps, that's what is shown in Q-7?

21         A    Yes, it is.

22         Q    And standing on the walk or what is shown in Q-8?

23         A    From my building, a picture taken of the building

24    next to mine.

25         Q    So if you look at the side of the building 2509,

1     this is what it would look like?

2          A     Yes, it would, but I would see the whole building.

3          Q     But this is only showing partial; correct?

4          A     Yes.

5          Q     This is State's Exhibit 16.  This, again, is a

6     picture of --

7          A     -- the walkway and the stairs.

8          Q     The same picture as in Defendant's Exhibit Q-7; is

9     that correct?

10         A     Agree.

11         Q     Same area that is depicted?

12         A     Yes.

13         Q     So when you looked across from your apartment when

14    you heard the screaming, you came out of the apartment; is

15    that right?

16         A     Yes, I did.

17         Q     When you came out you looked at the area that is

18    depicted in this photo, Defendant's Exhibit Q-2?

19         A     Yes.

20         Q     So from your apartment that's the view that you

21    would have?

22         A     Not from my doorway.

23         Q     From your, I guess, outside your door but moving

24    over to the left from away from the wall and looking over

25    the left side of the wall?

1       A       That would be almost right.

2       Q       In Q-3 that's almost like standing right here; is

3   that correct?

4       A       There.

5       Q       Standing there.  Okay.  In Q-4, that's standing

6   right over here?

7       A       Yes.

8       Q       In fact this wall that is in the front of Q-4 is

9   the portion of 2509, this wall that is right here in the

10  front; right?

11      A       Yes.

12      Q       That's the other side of this wall; right?

13      A       Uh-huh.

14      Q       Right here.  Q-4?

15      A       Yes.

16      Q       So this is the view that you would have standing

17  outside on the railing where you showed us before of your

18  own knowledge looked out; right?

19      A       Yes.

20      Q       So you heard some screams, you looked out, and you

21  ran back into your apartment?

22      A       Yes, I did.

23      Q       When you ran back in your apartment, what?  You

24  called the police?

25      A       My fiancee called the police.

1        Q      She called the police and you put on your pants

2    and your shoes?

3        A      Yes.

4        Q      How long did that take?

5        A      No more than about two seconds.

6        Q      About two seconds.   Then you ran back out of your

7    apartment; right?

8        A      Yes.

9        Q      And then you had to go down the steps?

10        A      No.

11        Q      Over here.   You had to go down the steps here.

12    Which way did you run?

13        A      I went over the railing.

14        Q      You jumped over the railing and jumped onto the

15    ground.   Okay.   And this wall here where your parking lot is

16    between your building and this one building, where you

17    jumped down to the ground, you could not see what was

18    happening up here; right?

19        A      No.

20        Q      Because that wall shown in State's Exhibit 16, is

21    maybe what?   About four feet high?

22        A      On this side of the building next to mine, yes.

23        Q      So if people were lying down or sitting down on

24    this walkway here at 2509 and you are below the other side

25    of this wall, which is shown in Defendant's Exhibit Q-2, you

88

1    could not see the people sitting down on the walkway; right?

2        A    If I'm on the ground, I can't see anything.

3        Q    Right.  You can't see anything on the walkway up

4    here where I'm showing on State's Exhibit 16 when you are on

5    the ground in your own parking lot?

6        A    That's right.

7        Q    So as you are going now, you jumped over the

8    railing from your second floor apartment up here like you

9    said.  You walked along your parking lot.  And you went to

10   the stairway that led up to 2509.  This is the stairway in

11   Q-6.  That's the same stairway; right?

12       A    Yes.

13       Q    And it is approximately about eight or nine steps

14   up approximately, shown in State's Exhibit 13?

15       A    Eleven.

16       Q    Eleven steps.  Well, looks like maybe about eight

17   steps.

18       A    To you, maybe.

19       Q    You want to count them?

20       A    I just did.

21       Q    State's Exhibit 13, he said eleven.  Looks like

22   eight.  Anyway, it took you awhile to get from this area

23   here on your parking lot to get around to that stairway?

24       A    Not if you're running.

25       Q    You ran across.  For this brief moment while





← wall

Q4

89

1    you're running across you didn't see what happened on the

2    walkway up here?

3        A    I seen what happened.

4        Q    Before?

5        A    When I was looking from my railing.

6        Q    Right.   And when you jumped down, you couldn't see

7    anymore?

8        A    No.

9        Q    And when you were running across your parking lot

10   to your friend's walkway, you couldn't see anymore during

11   that brief time, too?

12       A    From that time, no.

13       Q    When you ran back into your apartment to get your

14   clothes, you couldn't see what was happening at this walkway

15   too; right?

16       A    No.

17       Q    In fact this wall that is so high on the building

18   side of 2509, maybe three, four, feet high, anything that

19   happened close to the walkway below, you could not see what

20   happened; right?   Because it's kind of hidden by that wall,

21   even if you're on the second floor railing of your apartment

22   building; right?

23       A    Right.

24       Q    So you really did not see everything; right?

25       A    Not quite.

1      Q    Okay, not quite everything.

2      You may sit down now, sir.

3      A    (Retakes seat)

4      Q    Now, what got your attention when you came out was

5      the screaming; right?

6      A    Yes.

7      Q    So before you came out you did not see what

8      happened; right?

9      A    No.

10     Q    Now, when you walked up the steps and went over to

11     the walkway at 2509, you saw the male sitting on top of the

12     female?

13     A    He wasn't sitting.

14     Q    He was sitting, dash, laying on top of the female?

15     A    He was not sitting.

16     Q    Okay.  Now, Mr. Wilson, on July 1, 1996, you gave

17     a written statement to a police Officer Paul Ledesma?

18     MR. BAKKE:  Objection, Your Honor.  That's not

19     correct.  He did not write it.

20     THE COURT:  Mr. Yee, check who gave the statement.

21     Q    (By Mr. Yee)  You gave a verbal statement to

22     Officer Paul Ledesma?

23     A    Yes.

24     Q    And you described what happened; right?

25     A    Yes.

1    Q    And he wrote it out for you; right?

2    A    Yes, he did.

3    Q    And after he wrote it out for you, you looked at
4    it?  You read it?

5    A    Yes.

6    Q    And you signed it?

7    A    Yes.

8    Q    And by signing it you documented that written
9    statement as a true and accurate representation of what you
10    told him; right?

11    A    That is right.

12    Q    And what you signed said on it something different
13    than what you just said?

14    If I showed you a written copy of what you signed,
15    would that --

16    A    I have a copy.  I don't need to read the copy.

17    Q    You've read it before?  Before you came into
18    court?

19    A    I read it at home.

20    Q    And you signed a statement saying that there was a
21    Caucasian male sitting, dash, laying on top a female?

22    A    I said laying on top the female.  Like I said,  I
23    didn't write it.

24    Q    You didn't write it?

25    A    I didn't write that.

1       Q     Who wrote it?

2       A     The officer wrote down.

3       Q     But this is based on what you told him; right?

4       A     What I told him and what he wrote is two different

5    things.

6       Q     Okay.  So what you are saying now is that your

7    testimony is under oath today that the Caucasian male was

8    laying on top the female?

9       A     That's right.  To what I could see he was laying

10   on top of her.

11      Q     Was he kneeling down?

12      A     That part I couldn't see.

13      Q     But you signed a written statement written out by

14   the officer based on what you told him saying sitting.  And

15   you are saying that's not true?

16      A     He wasn't sitting on her.

17      Q     Okay.  Now --

18      A     Especially the way how he was, what he was doing

19   to her, he could not have been sitting on her.

20      MR. YEE:  May I approach the witness as to this?

21      THE COURT:  You may.

22      Q     (By Mr. Yee)  Mr. Wilson, I show you what has been

23   marked for identification Defendant's Exhibit G, which

24   consists of two pages, handwritten pages, and it's on a 252,

25   HPD 252 statement form.  And it purports to have two

1     signatures on the bottom left hand corner.  And do you

2     recognize the signature on the first page?

3          A     That's mine.

4          Q     Do you recognize the same signature?

5          A     That's mine, too.

6          Q     On the second page.  That's yours, too.

7          Now the bottom here, it says that I have read this

8     statement prepared by Officer Paul Ledesma which consists of

9     two handwritten pages and have been given the opportunity to

10    make corrections thereon and I attest that this statement is

11    true and correct to the best of my knowledge and that I give

12    this statement freely and voluntarily without coercion or

13    promise of reward.  Do you see that?

14         A     Yes, I see that.  I know how to read.

15         Q     After you read this you signed it; right?

16         A     Yes, I signed it.  But it was dark, too, you know.

17         Q     It was dark?

18         A     Of course it was dark.  It was night.

19         Q     So you are saying you did not read it?

20         A     I read part of it.

21         Q     Part of it, not all of it?

22         A     What it is is the truth.  So I signed it.

23         Q     But what you are saying is you read part of it but

24    you did not read everything; is that correct?

25         A     I know what I told the officer and I know what he

94

 1    wrote down, so I signed it.

 2         Q    You said that you saw the male's penis was out;

 3    right?

 4         A    Yes.

 5         Q    And you said it was sticking out from the bottom

 6    of his shorts?

 7         A    From the side of his shorts.

 8         Q    The side of his shorts.  What do you mean side?

 9         A    If you have on a pair of shorts, you're going to

10    stick it out from the side.  You're not going to pull your

11    shorts off.

12         Q    You mean sticking out from the inside of his leg?

13         A    Yes.

14         Q    So if he had shorts on his penis was extended out

15    the bottom of his shorts down his leg?

16         A    Yes.

17         Q    Down the leg side?

18         A    Yes.

19         Q    So that's how you saw his penis?

20         A    No.  They wasn't pulled down to his knees.

21         Q    You said it wasn't pulled down to his knees.

22         A    I did not say it was pulled down to his knees.

23    MR. YEE:  Your Honor, may I approach the witness again?

24    THE COURT:  You may.

25         Q    (By Mr. Yee)  Mr. Wilson, once again, Defendant's

95

1      Exhibit G, it says over here:  I notice this male's shorts

2      off down to his knees and noticed his penis was out.

3           So you are saying you never told the officer that?

4           A    I didn't tell the officer that his shorts was down

5      to his knees.

6           Q    You did not say that?

7           A    No, I did not say that.

8           Q    So you are saying the officer made it up himself?

9           A    He must have.

10          Q    But that's not your statement then?

11          A    No.

12          Q    But you signed it?

13          A    Yes, I signed it.

14          Q    Was it dark?

15          A    Yes, it was dark.

16          Q    And you did not read this part?

17          A    I didn't see that part.

18          Q    So his shorts was always up; that's what you are

19     saying?

20          A    Yes.

21          Q    They was never pulled down to his knees?

22          A    No.

23          Q    So what this officer wrote is not correct?

24          A    That is right.

25          Q    Because you didn't tell him that?

APPENDIX 12

1    A    I did not tell him that.

2    Q    And if you did not tell him that --

3    THE COURT:  Excuse me, Mr. Yee.  You are getting

4    repetitive.

5    Q    (By Mr. Yee)  So at no time did you see -- at all

6    times his shorts was up?

7    A    Yes.

8    Q    Now, extended below the leg of his pants.  Was his

9    pants leg pulled up?

10    A    No.

11    Q    And how much below his pants leg, shorts, on the

12    right side was his penis exposed?

13    A    His penis was hard.  How am I supposed to know?

14    Q    And how far away were you when you saw that?

15    A    I was about half way up the stairs there.

16    Q    Half way up the steps.  And approximately, they

17    were about how many feet away?

18    A    What do you mean?

19    Q    I mean the shorts, how far was the shorts away

20    from your eyes when you saw that half way up the steps?

21    A    I still don't know what you mean.  A few feet,

22    maybe.

23    Q    You are sitting right there.  Are you coming up

24    the steps?

25    A    Back up a little bit.  Right there.

```
 1        Q      Right here?

 2        A      Uh-huh.

 3        Q      This far away?

 4        A      Uh-huh.

 5        Q      About eleven feet, ten to eleven feet, maybe

 6    twelve feet?

 7        A      About twelve.

 8        Q      Twelve feet away.  And that's how you saw it.

 9    Now, was his back facing you at the time?

10        A      No.

11        Q      Was he facing this way?

12        A      No, he was facing me.

13        Q      He was facing you, looking at you?

14        A      Yes, walking toward me.

15        Q      Walking toward you.  And in this statement here

16    that you gave to the detective  --  I'm sorry -- Officer

17    Ledesma and that you signed and documented as your

18    statement, you never mentioned that you saw his penis

19    exposed from his shorts on the right side of the leg.

20        A      He didn't ask me.

21        Q      He didn't ask you.  So you did not tell him?

22        A      No.

23        Q      If it was hard, you are saying that it was, his

24    penis was erect?

25        A      Erect?
```

1    Q    Erect.

2    A    What does that mean?

3    Q    Extended.

4    A    You mean hard?

5    Q    Yes.

6    A    Yes.

7    Q    So how can it be hard or erect when it's coming

8    down next to his leg on the right side of the leg?

9    A    Like, if it's hard it's going to stay down because

10   the shorts is holding it in.  It's not going to stick

11   straight up.

12        Can I stand up?

13        THE COURT:  Mr. Yee, it's not proper to ask him to

14   explain.  Counsel, ask him what he saw.

15   Q    (By Mr. Yee)  You met this lady before, Honey

16   Lloyd?

17   A    I see her around.  Before all this happened.

18   Q    Goes to and from work?

19   A    Yes, and beach and store.

20   Q    So you saw her numerous times?

21   A    Yes.

22   Q    Over the last maybe two years?

23   A    No.  One year.

24   Q    About one year.  You talked to her before?

25   A    I haven't had a conversation with her.  We just

1    pass by, said hello to each other.

2         Q    You were just being neighborly?

3         A    Yes.  I'm nice that way.

4         Q    What's that?

5         A    I said I'm nice that way.

6         Q    You're nice that way.

7         A    (Mumbling)  You're making me nervous.

8         Q    What did you say, sir?

9         A    I wasn't talking to you.

10    MR. YEE:  I have no further.

11    THE COURT:  Are you finished?

12    MR. YEE:  Just one more matter, Your Honor.  That is a

13    portion I would like admitted into evidence from this

14    statement.

15    THE COURT:  Excuse me.  You cannot do this in front of

16    the jury.  It involves a legal issue.  You may proceed and

17    you can bring it for a ruling.

18    MR. YEE:  Perhaps we can take it up at a

19    later time.

20    THE COURT:  I would like to finish with this witness.

21    MR. YEE:  In that case, Your Honor, I'm done with this

22    witness.  Thank you.

23    THE COURT:  Mr. Bakke.

24    \\\\\\\\\\

25    \\\\\\\\\\

100

1                    REDIRECT EXAMINATION

2    BY MR. BAKKE:

3        Q    Sir, you just told Mr. Yee that there were some

4    parts of the written statement that the officer wrote down

5    that were wrong?

6        A    Yes.

7        Q    In your statement, though, you read it before you

8    came to court.  Isn't it true the female was screaming all

9    the while?

10       A    Yes, all along.

11       Q    So the officer got that right?

12       A    Yes.

13       Q    You recall you wrote:  This male suspect was

14   choking this female around her neck and slamming her head on

15   the ground numerous times.  That part is correct?

16       A    That part is correct.  And slapping her in the

17   face.

18       Q    And you stated his penis was out?

19       A    Yes.

20       Q    Not that it was coming out the right side?

21       A    No.

22       Q    Just that it was out?

23       A    Yes.

24       MR. BAKKE:  Thank you, Your Honor.   No further

25   questions.

1        THE COURT:  Mr. Yee, any further questions?

2                    RECROSS EXAMINATION

3    BY MR. YEE:

4        Q    In your statement, sir, you did not put down that

5    the suspect was punching the female; is that right?

6        A    I told the officer.

7        Q    But it's not written in the statement.

8        A    Like I said, I'm not the one that wrote it.

9        MR. YEE:  No further questions.

10       THE COURT:  Mr. Bakke.

11       MR. BAKKE:  Just one follow up to that, Your Honor.

12                    REDIRECT EXAMINATION

13   BY MR. BAKKE:

14       Q    Sir, you say you're not the one that wrote it.

15   When did you read it?  It's handwritten, not typed; correct?

16       A    Correct.

17       Q    Did you have any trouble reading the officer's

18   handwriting?

19       A    Yes.

20       MR. BAKKE:  Thank you.  No further questions.

21       MR. YEE:  No further questions.

22       THE COURT:  Thank you, Mr. Wilson.

23   You're excused.

24       (The witness exits)

25       THE COURT:  Counsel, approach the bench, off the