ORIGINAL

Peter Halloran
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, Ms.  38963

Petitioner Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 8 2007

at 4 o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER HALLORAN, | CV.NO. 04-00577 DAE-BMK |
| Petitioner, | Notice Of Appeal<br>FRAP 3 & FRAP 4 |
| vs. | From D.C. February 1, 2007<br>JUDGMENT |
| JAMES COOK, Warden<br>Tallahatchie County<br>Correctional Facility<br>MARK J. BENNETT, ATTORNEY<br>GENERAL, STATE OF HAWAII, | |
| Respondents. | |

## NOTICE OF APPEAL

Notice is hereby given that "Peter Halloran" Petitioner in the above captioned case, does hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the District Courts issued on February 1, 2007 DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT, entered in this action on the 1st day of February 2007.

Signature _____
Peter Halloran
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South
Tutwiler, Ms.  38963

```
                                          FILED IN THE
                                   UNITED STATES DISTRICT COURT
                                      DISTRICT OF HAWAII

Peter Halloran                          MAR  8 2007
Tallahatchie County Correctional Facility
295 U.S. Highway 49 South               at 4 o'clock and 3 0 min P M
Tutwiler, Ms.  38963                       SUE BEITIA, CLERK

Petitioner Pro Se
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER HALLORAN, | CV.NO. 04-00577 DAE-BMK |
| Petitioner, | Notice Of Appeal<br>FRAP 3 & FRAP 4 |
| vs. | From D.C. February 1, 2007<br>JUDGMENT |
| JAMES COOK, Warden<br>Tallahatchie County<br>Correctional Facility<br>MARK J. BENNETT, ATTORNEY<br>GENERAL, STATE OF HAWAII, | |
| Respondents. | |

## NOTICE OF APPEAL

Notice is hereby given that "Peter Halloran" Petitioner in the above captioned case, does hereby appeal to the United States Court of Appeals for the Ninth Circuit, from the District Courts issued on February 1, 2007 DENYING PETITIONER'S MOTION FOR RELIEF FROM JUDGMENT, entered in this action on the 1st day of February 2007.

Signature *[signed]*

Peter Halloran
Tallahatchie County Correctional
Facility
295 U.S. Highway 49  South
Tutwiler, Ms.  38963





Talahatchie County Corr. Fac.
295 U.S. Hwy 44 So.
Tutwiler, Mississippi 38963

United States District Court
Dist. of Hi.
300 Ala Moana Blvd, C-338
Honolulu, HI. 96850-0338
Clerk

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 8 2007
4:30pm
DISTRICT OF HAWAII

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOV 19