**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**
**OFFICE OF THE CLERK**
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300
Fax 541-1303

---

**TO**:     Judge David Alan Ezra

**FROM:**   Sue Beitia, Clerk by Anna F. Chang, Deputy Clerk

**DATE:**   March 14, 2007

**RE:**     CERTIFICATE OF APPEALABILITY in the below mentioned case:

CV 04-00577DAE-BMK
Peter Halloran vs. James Cook

<u>Item Pending:</u>
28:2254 Case;  Mr. Halloran filed a Notice of Appeal to 9CCA on March 8, 2007