IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PETER HALLORAN, | ) | CV. NO. 04-00577 DAE-BMK |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES COOK, Warden Tallahatchie | ) | |
| County Correctional Facility, MARK | ) | |
| J. BENNETT, Attorney General, | ) | |
| State of Hawaii, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for

disposition without a hearing. On March 8, 2007, Plaintiff Peter Halloran filed an

Application To Proceed Without Prepayment of Fees And Affidavit

("Application"). After reviewing Plaintiff's Application, the Court GRANTS

Plaintiff's Application.

<u>STANDARD OF REVIEW</u>

The court may authorize the commencement or prosecution of any suit without prepayment of fees by a person who submits an affidavit that the person is unable to pay such fees.  28 U.S.C. § 1915(a)(1).  "[A]n affidavit is sufficient which states that one cannot because of his poverty pay or give security for the costs and still be able to provide himself and dependents with the necessities of life."  <u>Adkins v. E.I. Du Pont De Nemours & Co., Inc.</u>, 335 U.S. 331, 339 (1948) (internal quotations omitted).

<u>DISCUSSION</u>

Based on Plaintiff's Application, he is incarcerated at the Tallahatchie County Correctional Facility.  He is unemployed; he has no source of income; he does not have any checking or savings accounts; and he does not own any assets of value.  Accordingly, the Court finds that Plaintiff is unable to pay the costs and fees associated with the filing of his complaint pursuant to 28 U.S.C. § 1915(a)(1).

<u>CONCLUSION</u>

For the reasons stated above, the Court GRANTS Plaintiff's

Application.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, July 5, 2007.



_____
David Alan Ezra
United States District Judge

<u>Peter Halloran vs. James Cook, et al.</u>, Civil No. 04-00577 DAE-BMK; ORDER GRANTING
PETITIONER'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND
AFFIDAVIT

3