# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** PETER HALLORAN vs. JAMES COOK, ET AL.,

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 04-00577DAE-BMK

II **DATE NOTICE OF APPEAL FILED:** MARCH 8, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:** IFP GRANTED 07/05/07

   DOCKET FEE PAID ON:           AMOUNT:

   NOT PAID YET:                 BILLED:

   U.S. GOVERNMENT APPEAL:       FEE WAIVED:

   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:            & ATTACH COPY OF ORDER/CJA

   WAS F.P. STATUS REVOKED:      DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 25, 2007

To All Counsel of Record as Appellees:

    IN RE:    PETER HALLORAN vs. JAMES COOK, ET AL.,

                CIVIL NO. 04-00577DAE-BMK

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on MARCH 8, 2007 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                      Sincerely Yours,
                                      SUE BEITIA, CLERK

                                      by: Laila M. Geronimo
                                          Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    PETER HALLORAN (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS