```
1                    ORLANDO WILSON
2    the witness, called in behalf of the plaintiff, duly having
3    been sworn to tell the truth, the whole truth, and nothing
4    but the truth, assumed the witness stand and testified as
5    follows:
6                    DIRECT EXAMINATION
7    BY MR. BAKKE:
8         Q    Good morning, sir.  Could you please speak into
9    the microphone and tell us your name.
10        A    Orlando Wilson.
11        Q    How old are you, sir?
12        A    39.
13        Q    Are you married?
14        A    No.
15        Q    Are you engaged?
16        A    Yes.
17        Q    Do you live with your fiancee?
18        A    Yes.
19        Q    Where do you live?
20        A    2503 Ala Wai Bridge, apartment H.
21        Q    Is that building located near the Pacific
22   International apartments?
23        A    Right next door.
24        Q    In the early morning of July 1, 1996,
25   approximately 2:20 in the morning, did you hear a woman
```

EXHIBIT 1

```
 1   screaming outside of your apartment?
 2        A    Yes, I did.
 3        Q    What did you do when you heard that?
 4        A    I went outside, took a look, then ran back in.
 5        Q    Could you describe the screaming for us?  Was it
 6   soft or loud?
 7        A    It was very loud.
 8        Q    Could you tell whether it was a male or a female?
 9        A    It was female.
10        Q    Did you hear any males screaming?
11        A    No.
12        Q    What did you do next?
13        A    I ran back into my apartment?  Threwed on my pants
14   and shoes.  Ran back out.  Jumped over the railing, and went
15   to the building.
16        Q    When you say building, which building are you
17   talking about?
18        A    Next to mine.
19        Q    What did you see when you got there?
20        A    I seen a male on top of a female just getting up
21   off her.
22        Q    And was the female still screaming at that point?
23        A    Yes.
24        Q    At any time during this incident did you see the
25   male physically attacking the female?
```

```
 1   you're running across you didn't see what happened on the
 2   walkway up here?
 3        A    I seen what happened.
 4        Q    Before?
 5        A    When I was looking from my railing.
 6        Q    Right.  And when you jumped down, you couldn't see
 7   anymore?
 8        A    No.
 9        Q    And when you were running across your parking lot
10   to your friend's walkway, you couldn't see anymore during
11   that brief time, too?
12        A    From that time, no.
13        Q    When you ran back into your apartment to get your
14   clothes, you couldn't see what was happening at this walkway
15   too; right?
16        A    No.
17        Q    In fact this wall that is so high on the building
18   side of 2509, maybe three, four, feet high, anything that
19   happened close to the walkway below, you could not see what
20   happened; right?  Because it's kind of hidden by that wall,
21   even if you're on the second floor railing of your apartment
22   building; right?
23        A    Right.
24        Q    So you really did not see everything; right?
25        A    Not quite.
```

```
 1    the front entrance door and you can see the intercom?
 2         A    Yes.
 3         Q    Right?
 4         A    (Nods)
 5         Q    Okay.  So you live on what floor?
 6         A    Second floor.
 7         Q    Second floor.  Would you say that it would be fair
    to say you have a bird's eye view of the entranceway walkway
    leading up to the front gate into 2509?
10         A    What do you mean?
11         Q    A bird's eye view?
12         A    Yes.
13         Q    If you were a bird perched up right next to your
14    lanai, you could see what is going on below?  You can see
15    people going in and out of the building?
16         A    Of course.  I can see the walkway, too.
17         Q    That's the walkway just leading right up to that
18    door?
19         A    Up to the gate.
20         Q    Up to the gate?
21         A    It's a security building.
22         Q    And there is a little glass door that you kind of
23    use a key and you can walk in; right?
24         A    You don't use a key.
25         Q    What do you use?
```

1  A  Yes.
2  Q  What was he doing to her?
3  A  He was punching her in the face, grabbing her
4  neck, and pounding her head against the pavement.
5  Q  How were they positioned at that time?
6  A  The female was on her back.  Excuse me.  (putting
7  on jacket)  And the male was on top of her.
8  Q  When you say the female was on her back and the
9  male was on top of her --
10  A  Yes.
11  Q  -- was he saying anything to her at that point?
12  A  Yes, he yelled at her, told her to shut the fuck
13  up, bitch, loud.
14  Q  Those were his words?
15  A  Yes.
16  Q  Do you recall what he was wearing?
17  A  He had on dark colored shorts.  He did not have a
18  shirt on.
19  Q  At any time were you able to see his penis?
20  A  Yes, I did.
21  Q  How did you see his penis?
22  A  Sticking out the right-hand side of his shorts.
23  Q  And was this when he was standing or when he was
24  lying on top of the female?
25  A  When he was getting off of her.









```
 1   wrote down, so I signed it.
 2        Q    You said that you saw the male's penis was out;
 3   right?
 4        A    Yes.
 5        Q    And you said it was sticking out from the bottom
 6   of his shorts?
 7        A    From the side of his shorts.
 8        Q    The side of his shorts.  What do you mean side?
 9        A    If you have on a pair of shorts, you're going to
10   stick it out from the side.  You're not going to pull your
11   shorts off.
12        Q    You mean sticking out from the inside of his leg?
13        A    Yes.
14        Q    So if he had shorts on his penis was extended out
15   the bottom of his shorts down his leg?
16        A    Yes.
17        Q    Down the leg side?
18        A    Yes.
19        Q    So that's how you saw his penis?
20        A    No.  They wasn't pulled down to his knees.
21        Q    You said it wasn't pulled down to his knees.
22        A    I did not say it was pulled down to his knees.
23        MR. YEE:  Your Honor, may I approach the witness again?
24        THE COURT:  You may.
25        Q    (By Mr. Yee)  Mr. Wilson, once again, Defendant's
```

1   A   I did not tell him that.

2   Q   And if you did not tell him that --

3   THE COURT: Excuse me, Mr. Yee. You are getting
4   repetitive.

5   Q   (By Mr. Yee) So at no time did you see -- at all
6   times his shorts was up?

7   A   Yes.

8   Q   Now, extended below the leg of his pants. Was his
9   pants leg pulled up?

10   A   No.

11   Q   And how much below his pants leg, shorts, on the
12   right side was his penis exposed?

13   A   His penis was hard. How am I supposed to know?

14   Q   And how far away were you when you saw that?

15   A   I was about half way up the stairs there.

16   Q   Half way up the steps. And approximately, they
17   were about how many feet away?

18   A   What do you mean?

19   Q   I mean the shorts, how far was the shorts away
20   from your eyes when you saw that half way up the steps?

21   A   I still don't know what you mean. A few feet,
22   maybe.

23   Q   You are sitting right there. Are you coming up
24   the steps?

25   A   Back up a little bit. Right there.

98

```
 1     Q    Erect.
 2     A    What does that mean?
 3     Q    Extended.
 4     A    You mean hard?
 5     Q    Yes.
 6     A    Yes.
 7     Q    So how can it be hard or erect when it's coming
 8  down next to his leg on the right side of the leg?
 9     A    Like, if it's hard it's going to stay down because
10  the shorts is holding it in.  It's not going to stick
11  straight up.
12          Can I stand up?
13          THE COURT:  Mr. Yee, it's not proper to ask him to
14  explain.  Counsel, ask him what he saw.
15     Q    (By Mr. Yee)  You met this lady before, Honey
16  Lloyd?
17     A    I see her around.  Before all this happened.
18     Q    Goes to and from work?
19     A    Yes, and beach and store.
20     Q    So you saw her numerous times?
21     A    Yes.
22     Q    Over the last maybe two years?
23     A    No.  One year.
24     Q    About one year.  You talked to her before?
25     A    I haven't had a conversation with her.  We just
```