77

1    sitting on her and on top of her. And he said that, that
2    junior was exposed at your shorts like this on the right
3    side.

4    A    Well, I don't know what this guy had been
5    smoking. If you look, these shorts, okay. If you take
6    these shorts and put the waist right around my waist by the
7    hips, the shorts come down to here. Okay. Is it possible
8    to take these out of the bag?

9    THE COURT: I will allow it to be taken out for
10   demonstration purposes. But I want them put back into the
11   bag.

12   MR. YEE: Yes, Your Honor. Do we have scissors?
13   THE WITNESS: I can just take the tape off.
14   Well, maybe as you can see, these shorts come right
15   down to here.

16   MR. YEE: I don't know if everybody can see, Your
17   Honor.

18   THE WITNESS: These shorts come right down to here.
19   Now, for junior, or my private part, whatever you want to
20   call it, to be hanging out of my shorts down over here,
21   okay, that sucker would have to be this long. Okay.

22   Q    (By Mr. Yee) And you are saying it's not that
23   long?

24   A    No. I mean, if it were that long I'm on the wrong
25   side of the camera.

EXHIBIT #3

```
 1        Q    That's about a foot or longer?
 2        A    That's more like two feet.
 3        Q    Foot and a half at least. What is that? I don't
 4   have a tape measure.
 5        Mr. Bakke would agree with that?
 6        THE COURT: Mr. Yee, ask a question.
 7        Mr. Halloran, please take your chair.
 8        Q    (By Mr. Yee) Could you put it back in the bag for
 9   us?
10        THE WITNESS: (Retaking seat, complies)
11        THE COURT: How much more time do you need with this
12   witness?
13        MR. YEE: I don't know, Your Honor. Do you want to
14   take a break?
15        THE COURT: You have gone about an hour. But if we
16   take a recess it will be another fifteen minutes. We'll
17   only have fifteen minutes left.
18        We'll go right through to lunch.
19        MR. YEE: Thank you, Your Honor.
20        Q    (By Mr. Yee) She testified that with your left
21   hand -- well, no. She testified with your right hand you
22   lifted up her skirt and with your left hand you moved the
23   bathing suit, under oath in Court.
24        A    That's what she said, yes.
25        Q    And in her statement to Detective Kim she said you
```