Honey LLOYD                         7-1-96                    96252869
2509 Ala Wai Blvd., #203                                       Sex Assault I

CRIME SCENE INVESTIGATION REPORT

Det. D. KIM                    C.I.D.                          7-1-96/1020
NOTIFIED BY                    DIVISION                        DATE/TIME

Det. D. KIM                    C.I.D./2509 Ala Wai Blvd.
INVESTIGATOR                   LOCATION OF ASSIGNMENT

PHOTOGRAPHS 7-1-96/1035/1205   LATENT(S) _____
            DATE/TIME                    DATE/TIME

DIAGRAM(S) 7-1-96/1220         EVIDENCE 7-1-96/1230
           DATE/TIME                    DATE/TIME


   This writer proceeded to the Criminal Investigation Division interview rooms and took injury photos of the victim Honey LLOYD. Then met with Det. D. KIM and the victim Honey LLOYD at the scene of the incident, 2509 Ala Wai Boulevard. The following duties were performed by the undersigned.

**DIAGRAM**

   A non-scale diagram was prepared of the front entry to the apartment building at 2509 Ala Wai Boulevard and the location of the parking lot in relation to it. This diagram can be found as the last page of this report.

**EVIDENCE**

   The clothing that the victim Honey LLOYD was wearing at the time of the incident was recovered from her at the scene, 2509 Ala Wai Boulevard. This clothing consisted of a blue denim dress and a bathing suit. The evidence was submitted to the HPD Evidence Room. Please see the Evidence Report Form for further details.

**PHOTOGRAPHS**

   (1035) Photos were taken of the victim Honey LLOYD in the C.I.D. interview room. These photos can be found on subsequent pages with a description for each below.

   1. Identification photo of Honey LLOYD.

   2.-3. Photos of a reddened abrasion on the top of the head.

   4. Anterior view of the of neck where the victim was stating discomfort. Nothing visible.

   5. Photo of the back of the neck where the victim was also stating discomfort. Nothing visible.

-continued-

exhibit 4



96252869/Sex Assault I
Page 2 of 13 pages

continued

    6. Photo of the left forearm and a reddened abrasion visible.

    7. Close up view taken with a measuring guide of the abrasion seen and described above in photo #6.

    8.-9. Photos of the left forearm where the victim was stating discomfort.

    10. Photo of redness and bruising about the left elbow.

    11. Photo of the inner aspect of the right arm to show redness and bruising on the upper and lower arm.

    12.-13. Close up views of two (2) linear red marks on the inner aspect of the right upper arm seen above in photo #11, taken with and without the use of a measuring guide.

    14. Photo of two reddened and bruised areas on the right forearm seen above in photo #11.

    15. Close up view of the linear bruise seen above in photo #14 taken with the use of a measuring guide.

    16. Photo of the back of the right forearm to show bruising about the wrist and the elbow.

    17.-18. Photos of an abrasion on the back of the right upper arm.

    19. Photo of the back of the bilateral hands to show some swelling on the left hand.

    (1205) Photos were also taken outside 2509 Ala Wai Boulevard to show the parking area and the bike cage within where the victim was first approached by the suspect, the drive up to the sidewalk and fronting Ala Wai Boulevard to the entry to 2509 where the suspect follows the victim, the front steps and the entry door and porch area where the suspect reportedly knocked the victim down and the assault occurred.

    Negatives for the above mentioned photos are on file in the HPD Photo Lab.

*Diane O'Reilly* (signature)
Diane O'REILLY, #667200
Evid. Specialist, S.I.S.
8-26-96/2100