Clerk,

CV. 04-00577 DAE-BMK

As my ability to prepare this has become extremely limited, i.e. access to the library, copies, typewriter etc., I was wondering if I could impose on you to a) return this copy after filing, b) forwarding after making any other copies needed and c) as we are curently in the process of being tranfered back to Arizona, Please check my location before responding.

Thank You

Peter [signature]

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 24 2007
4:00 pm
DISTRICT OF HAWAII

FILE IN CASE FOLDER



Peter Halloran A0259579
Tallahatchie Co, Cor, Fac.
295 Us Hwy, 49 So,
Tutwiler Miss 38963-6900

United States District Court
Dist, of Hawaii
300 Ala Moana Blvd. C-338
Honolulu Hi. 96850-0338

Clerk

RECEIVED
CLERK US DISTRICT COURT
JUL 24 2007
4:00 pm
DISTRICT OF HAWAII

MAILED FROM
TALLAHATCHIE COUNTY CORRECTIONAL FACILITY
NOT RESPONSIBLE FOR CONTENT

**FILE IN CASE FOLDER**