United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: April 7, 2008

To: United States Court of Appeals     Attn:  (✓)  Civil
    For the Ninth Circuit
    Office of the Clerk                       ( )  Criminal
    95 Seventh Street
    San Francisco, California 94103           ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:       CV 04-00577DAE-BMK     Appeal No:   07-16412

Short Title: Halloran vs. Cook

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: parties of record